IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                           ORDER

                          Plaintiff,

     v.

                                     13-po-01-slc

WILLIAM MERCER,

                          Defendant.
_____

       Following a bench trial on December 18. 2013, the court defendant William Mercer guilty on Violation #3956956 and Violation #3956957 for reasons stated at the conclusion of the trial. The court ordered Mr. Mercer must to pay a fine of $250 and a special assessment of $25 not later than February 18, 2014.

       Thereafter, on January 3, 2014, Mr. Mercer's attorney, Terry Frederick, notified the court that Mr. Mercer wished to have this court reconsider the court's ruling and judgment, for reasons stated. *See* dkt. 17. Attorney Frederick indicates that he does not see a legal basis for reconsideration, and in any event, his relationship with Mr. Mercer has frayed as a result of this trial, so he asks that he not be required to represent Mr. Mercer during any request for reconsideration.

       Mr. Mercer is frequently in front of this court due to his disputes and verbal altercations with staff at the VA in Tomah, and he presents special circumstances that the court has tried to accommodate. I am willing to give Mr. Mercer an opportunity to present his concerns directly to the court *pro se*. I can do this in person, if Mr. Mercer wishes to come to Madison, or I can do it telephonically, if Mr. Mercer would prefer not to make the long trip. The government would have a right to participate in any such hearing, which would not involve taking any evidence but which simply would allow Mr. Mercer the opportunity to advise the court why it

was incorrect in its rulings on the two most tickets issued against him. The court is available on February 28, 2014 at 10:30 or on April 4, 2014 at 10:30 for such a hearing, either in person or telephonically. I anticipate this hearing would not take more than 30 minutes.

Attorney Frederick is to convey this offer to Mr. Mercer, determine when he is available, and convey this message to the court; then Attorney Frederick is excused from further representation of Mr. Mercer in this case. The government also should report its availability and preference as to the date of such a hearing.

Entered this 12th day of March, 2014
.
BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge